UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case Number: 08-23331-CIV-MORENO

MOISES E. BURE,

    Plaintiff,

vs.

MIAMI-DADE COUNTY CORRECTIONS AND
REHABILITATION DEPT., et al.,

    Defendants.
_____/



## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE WITHOUT PREJUDICE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Plaintiff's Petition for a Writ of Habeas Corpus and Amended Petition for Writ of Habeas Corpus **(D.E. No. 1)**, filed on **December 2, 2008**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 4)** on **December 11, 2008**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 4)** on **December 11, 2008** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that this case is **DISMISSED** without prejudice. Plaintiff may file a new complaint accompanied by payment of the full filing fee.

DONE AND ORDERED in Chambers at Miami, Florida, this 5th day of January, 2009.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Patrick A. White
Counsel of Record